UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BENJAMIN ERICHSEN, )
)
       Plaintiff, )
v. ) **JUDGMENT**
) No. 7:11-CV-190-FL
)
RBC CAPITAL MARKETS, LLC, )
)
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 5, 2013, and for the reasons set forth more specifically therein, that this case is dismissed without prejudice for failure to comply with the court's July 5, 2012 order mandating arbitration.

**This Judgment Filed and Entered on September 5, 2013, and Copies To:**
Thomas William Kerner (via CM/ECF Notice of Electronic Filing)
Cory Hohnbaum (via CM/ECF Notice of Electronic Filing)
David Glen Guidry (via CM/ECF Notice of Electronic Filing)


September 5, 2013            JULIE A. RICHARDS, CLERK
                                         /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk